Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
March 29, 2007








Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed March 29, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01114-CV

____________

 

IN RE NORTH AMERICAN RESERVE CORPORATION, 

Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On December 18, 2006, relator North
American Reserve Corporation filed a petition for writ of mandamus in this
court, requesting we compel the Honorable John Donovan, presiding judge of the
61st District Court, Harris County, Texas, to vacate all orders entered in the
underlying cause rendered after May 12, 2006.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.1.  

On March 27, 2007, relator filed an
agreed motion to dismiss the petition for writ of mandamus because the
underlying litigation has been settled.  We grant the agreed motion.

Accordingly,
relator=s petition for writ of mandamus is
ordered dismissed.      

 








PER CURIAM

 

Petition Denied and Memorandum
Opinion filed March 29, 2007.

Panel consists of Justices Frost,
Seymore, and Guzman.